FILED

2 2 AUG 2016

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Richard Caruso
1600 E. Vista Way #85
Vista, CA 92084
Ph: 760-888-7418

**In Pro Se**

## IN THE UNITED STATED DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CARUSO, | CASE NO. 3:16-CV-00534-WQH-JMA |
| Plaintiff, | **VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| NATIONAL RECOVERY ASSOCIATION TRANS UNION, LLC., EXPERIAN INFORMATION SOLUTIONS, INC. DOES 1-10, | |
| Defendants. | HONORABLE WILLIAM Q. HAYES |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Comes now, RICHARD CARUSO, Plaintiff in the above-entitled case appearing before the honorable court In Pro Se, freely and voluntarily DISMISSES the above-entitled action filed against <u>ALL</u> named defendants with prejudice. I hereby request that this case as it applies to all named defendants *should be closed forthwith*, and dismissed immediately with prejudice.

Respectfully submitted,

Dated This 15th day of August 2016

_Richard Caruso_
RICHARD CARUSO *PLAINTIFF IN PRO SE*

Court Copy(1)